```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NATIONAL UNION FIRE INSURANCE COMPANY                            :
OF PITTSBURGH, PA                                                :
                                                                 :
                              Plaintiff,                         :    20-CV-4042 (JPC)
                                                                 :
              -v-                                                :    ORDER
                                                                 :
ACCELERATED COURIER, INC.                                        :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

It is ORDERED that the parties shall submit the joint letter described in the Court's Notice of Reassignment and Adjournment (Dkt. 7) by November 23, 2020. By that date, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020