UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NATIONAL UNION FIRE INSURANCE COMPANY :
OF PITTSBURGH, PA                                :
                                                 :
                        Plaintiff,     :          20-CV-4042 (JPC)
                                                 :
              -v-                          :          ORDER
                                                 :
ACCELERATED COURIER, INC.                        :
                                                 :
                        Defendant.     :
                                                 :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties shall submit the joint letter described in the Court's Notice of Reassignment and Adjournment, Dkt. 7, and the proposed case management plan by 5:00 p.m. on February 17, 2021.

       SO ORDERED.

Dated: February 12, 2021
       New York, New York

                                                           JOHN P. CRONAN
                                                  United States District Judge