UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

NATIONAL UNION FIRE INSURANCE COMPANY :
OF PITTSBURGH, PA                                :
                                                :

                       Plaintiff,              :                  20-CV-4042 (JPC)
                                                :

           -v-                                :                     <u>ORDER</u>
                                                :

ACCELERATED COURIER, INC.                   :
                                                :

                       Defendant.             :
                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

         Plaintiff shall file a response to Defendant's motion to compel and request for sanctions,

Dkt. 23, by August 3, 2021.

         SO ORDERED.

Dated: July 29, 2021
       New York, New York                                             
                                                      JOHN P. CRONAN
                                          United States District Judge