UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
     :
NATIONAL UNION FIRE INSURANCE COMPANY  :
OF PITTSBURGH, PA     :
     :
                        Plaintiff,     :         20-CV-4042 (JPC)
     :
             -v-     :         <u>ORDER</u>
     :
ACCELERATED COURIER, INC.     :
     :
                    Defendant.     :
     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Discovery closes on August 27, 2021. The parties shall submit a joint status letter to the Court no later than September 3, 2021, advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

        SO ORDERED.

Dated: August 19, 2021
       New York, New York

                                                   JOHN P. CRONAN
                                             United States District Judge