```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NATIONAL UNION FIRE INSURANCE COMPANY                                  :
OF PITTSBURGH, PA                                                      :
                                                                       :
                            Plaintiff,                                 :    20-CV-4042 (JPC)
                                                                       :
            -v-                                                        :         ORDER
                                                                       :
ACCELERATED COURIER, INC.                                              :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 20, 2021, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by September 3, 2021. Dkt. 28. The parties failed to submit this letter to the Court. By October 8, 2021, the parties must file on ECF the joint letter described in Dkt. 28.

SO ORDERED.

Dated: October 1, 2021
       New York, New York

                                              _____
                                                      JOHN P. CRONAN
                                                 United States District Judge